BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000


IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case 1:10-mj-00061 GSA |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION TO RESCHEDULE |
| v. | ) | DATE FOR PRELIMINARY HEARING |
| | ) | |
| BRIAN ROBERT GARRETT, | ) | |
| | ) | DATE: May 6, 2010 |
| | ) | TIME: 1:30 p.m. |
| Defendant. | ) | PLACE: TBD |
| | ) | HON: TBD |

The parties have agreed to continue the preliminary hearing date from March 26, 2010, at 1:30 p.m. until May 6, 2010, at 1:30 p.m. The government contacted defense counsel to advise him that the lead investigator in this case reported a family emergency that precluded her from testifying in the grand jury proceeding scheduled for March 25, 2010. All of the investigator's colleagues were committed to training away from their office in Sacramento and could not fill in for her. There was insufficient time to have someone unfamiliar with the case learn sufficient details to testify about it in front of the grand jury. Government counsel is away from the office the week of March 29 - 2, 2010.

1

Defense counsel graciously has agreed to a continuance of the preliminary hearing date.  The new date selected, for the mutual convenience of the parties, is May 6, 2010, at 1:30 p.m. In the interim, government counsel will provide defense counsel (who is retained and in the Los Angeles area) with written discovery that is available.  Supplemental discovery will be provided once it becomes available.  Contraband images will be made available to the defense at a location in Sacramento or elsewhere.  In addition, government counsel has briefed defense counsel about the history and status of the investigation. Defense counsel raised the prospect of a preindictment disposition, and the parties will discuss that possibility again before May 6, 2010.

The parties agree that the time for indictment, under the Speedy Trial Act at 18 U.S.C. § 3161(b), be extended through the new proposed preliminary hearing date for the reasons outlined above and to preserve the interests of justice under 18 U.S.C. § 3161(h)(7)(A).

Dated:    March 25, 2010              Respectfully submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney

                                      /s/ David L  Gappa
                                 By:  DAVID L. GAPPA
                                      Assistant U.S. Attorney

                                      /s/ Joel C Koury
                                      JOEL C. KOURY
                                      Counsel for Brian Garrett

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case 1:10-mj-00061 GSA |
| | ) |
| Plaintiff, | ) [PROPOSED] ORDER ON |
| | ) STIPULATION TO RESCHEDULE |
| v. | ) DATE FOR PRELIMINARY HEARING |
| | ) |
| BRIAN ROBERT GARRETT, | ) |
| | ) DATE: May 6, 2010 |
| | ) TIME: 1:30 p.m. |
| Defendant. | ) PLACE: TBD |
| | ) HON: TBD |

**ORDER**

For the reasons outlined in the stipulation of the parties filed on March 25, 2010, the preliminary hearing for this matter is continued until May 6, 2010, at 1:30 p.m.  Time is excluded under the Speedy Trial Act, for the reasons outlined in the stipulation, through that date and time as well.

IT IS SO ORDERED.


     IT IS SO ORDERED.

     Dated:   **March 25, 2010**          _____**/s/ Gary S. Austin**_____
                                          UNITED STATES MAGISTRATE JUDGE

3