THE KAVINOKY LAW FIRM
JOEL KOURY, ESQ.  SBN 143856
16255 Ventura Boulevard, Suite 200
Encino, CA 91346
Telephone:     (818) 346-4646
Facsimile:       (818) 346-4660

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BRIAN ROBERT GARRET,<br><br>　　　　　Defendant. | Case No.: 1:10-MJ-00061 GSA<br><br>STIPULATION TO RESCHEDULE<br>DATE FOR PRELIMINARY HEARING<br><br>DATE:　　July 29, 2010<br>TIME:　　1:30 p.m.<br>PLACE:　 TBD |

　　　The parties have agreed to continue the preliminary hearing date from June 10, 2010, at 1:30 p.m. until July 29, 2010, at 1:30 p.m. Although discovery has not yet been ordered, the government has provided more than 500 pages of reports and other documents and made additional evidence available within the confines of a law enforcement office.  The defense reviewed most recent discovery on June 2, 2010, which consisted of numerous computer files, images and video located in the Sacramento, FBI Headquarters.  The defendant has requested additional time to review the discovery and complete its investigation.  The defense is also in the process of completing a mitigation investigation that will be presented to the government.  The defendant also has proposed sharing information with the government in a debriefing session.

　　　The parties have discussed a possible resolution, and those discussions cannot be completed prior to July 29, 2010.

1

Accordingly, in an effort to conserve resources, especially since the defendant resides in the Modesto area and defense counsel is in the Los Angeles area and investigators are in the Sacramento area, the parties have agreed to postpone the current date for the preliminary hearing.

The parties agree that the time for indictment, under the Speedy Trial Act at 18 U.S.C. § 3161(b), be extended through the new proposed preliminary hearing date for the reasons outlined above and to preserve the interests of justice under 18 U.S.C. § 3161(h)(7)(A).

Dated:   June 9, 2010                                        Respectfully submitted,

                                                             JOEL C. KOURY


                                                             /s / Joel C. Koury
                                                  By:        JOEL C. KOURY
                                                             Counsel for Brian Garrett


                                                             /s/ David L. Gappa
                                                             DAVID L. GAPPA
                                                             Assistant U.S. Attorney



        IT IS SO ORDERED.

Dated:   6/10/10                                              /s/ Gary S. Austin
                                                             GARY S. AUSTIN
                                                             U.S. MAGISTRATE JUDGE